HIRSCHELL, Respondent, v. WOODRUFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by Anna Hirschell, an infant, etc., against John V. Woodruff. No opinion. Order affirmed, with $10 costs and disbursements.

HOFFMAN v. UNION DIME SAV. INST. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by George Hoffman against the Union Dime Savings Institution. No opinion. Motion denied.

HOGAN, Appellant, v. TREFFINGER, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Johanna Hogan, an infant, by Thomas Hogan, her guardian ad litem, against Gottlob Treffinger. No opinion. Order affirmed, with $10 costs and disbursements.

HOLTON, Respondent, v. McCAFFERTY, Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Morris L. Holton against Robert E. McCafferty. J. F. Harrison, for appellant. G. C. Frisbie, for respondent. No opinion. Judgment affirmed, with costs.

In re HOME TRUST CO. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) In the matter of the application of the Home Trust Company, etc. No opinion. Motion granted. Reference ordered to John M. Ward, Esq.

In re HORSTMAN LUMBER CO. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) In the matter of the application of a majority of the directors of the Horstman Lumber Company for a voluntary dissolution. Charles F. Veeder, appellant. No opinion. Orders modified, by giving receiver credit for $1,884.88, and, as so modified, affirmed, with costs of this appeal to the receiver, payable out of the fund.

HOUGHTON, Appellant, v. CITY OF ITHACA, Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Peter A. Houghton against the city of Ithaca. No opinion. Judgment and order unanimously affirmed, with costs.

HOUSE et al., Respondents, v. CARR, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Maria House and Cline E. House against Lucian C. Carr, administrator, etc. No opinion. Judgment affirmed, with costs.

HOWARD, Respondent, v. CITY OF FULTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by James S. Howard against the city of Fulton. No opinion. Motion to dismiss appeal denied, with $10 costs.

H. REMINGTON & SON PULP & PAPER CO., Respondent, v. WATER COM'RS OF CITY OF WATERTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by the H. Remington & Son Pulp & Paper Company against the water commissioners of the city of Watertown. No opinion. Interlocutory judgment affirmed, with costs.

HUBBARD, Respondent, v. MASON, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Guy H. Hubbard against Homer B. Mason. No opinion. Reargument ordered, and case set down for June 7, 1905.

HUBER, Appellant, v. CLARK, Respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by Hugo F. Huber against Bernard S. Clark, as temporary administrator of James Swann, deceased, etc. No opinion. Order affirmed, with $10 costs and disbursements.

HUDSON RIVER WATER POWER CO. v. GLENS FALLS GAS & ELECTRIC CO. et al. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by the Hudson River Water Power Company against the Glens Falls Gas & Electric Company and others. No opinion. Motion denied, and case set down for Wednesday of third week, or on such day as counsel may agree.

HUMES, Appellant, v. HAMMOND TYPEWRITER CO., Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by William T. Humes against Hammond Typewriter Company. H. B. B. Stapler, for appellant. A. Brough, for respondent.

PER CURIAM. Judgment affirmed, with costs.

LAUGHLIN, J., dissents.

HUTCHINSON, Respondent, v. BIEN, Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by David W. Hutchinson against Franklin Bien, as receiver, etc. No opinion. Motion for leave to appeal to the Court of Appeals denied. Motion to vacate stay of proceedings granted.